UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff

v.

$7, 342.00 in U.S. CURRENCY
Defendant

Civil No. 07-1202 (SEC)

## CONSENT ORDER OF FORFEITURE AND FINAL JUDGMENT

WHEREAS, the parties have reached an agreement whereby the claim Jose Juan Adorno Clemente will be settled and final resolution of this case be achieved.

WHEREAS, after due service of process being given to all interested parties through personal service and publication no other claimant is known to the plaintiff, and any other claims would be time barred.

WHEREAS, claimant states a claim upon only $6,342.00 of the defendant property and this new claim supersedes and substitutes any claims submitted prior to the date of this agreement,

WHEREAS, Jose Juan Adorno Clemente will take no appeal from the entry of this Consent judgment in favor of the Government with respect to the remaining defendant property, $1,000.00 in U.S. Currency, and will withdraw his assertion that the forfeiture of this $1,000.00 in U.S. currency would violate his rights under the Excessive Fines Clause of the Eighth Amendment.

THEREFORE, IT IS HEREBY ORDERED THAT:

A Final Judgment of Forfeiture is hereby entered in favor of the United States of America against $1,000.00 in U.S. Currency of the defendant property, which shall be disposed of by the United States according to law and the terms of this Order.

The United States shall issue a check in the amount of $6,342.00 out of the defendant

**Civil Case No. 07-1202(SEC)**

property payable to Jose Juan Adorno Clemente.

The parties shall be responsible for payment of their own expenses, including attorney fees, incurred in connection with this proceeding.

SO ORDERED, this 19 day of Dec., 2007

SALVADOR E. CASELLAS
United States District Senior Judge